■ FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER, Respondent, v FRANK EHRHART et al., Appellants. [608 NYS2d 127] —Appeal from an order and judgment of the Supreme Court (Mugglin, J.), entered November 27, 1992 in Delaware County, which granted plaintiff's motion for summary judgment dismissing defendants' counterclaims.

Order and judgment affirmed, upon the opinion of Justice Carl J. Mugglin.

Weiss, P. J., Mikoll, Mercure, Cardona and Mahoney, JJ., concur. Ordered that the order and judgment is affirmed, with costs.